B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JBJ Pipe & Supply Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**52-2152430** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7282 Westminster Blvd.**<br>**Westminster, CA**<br>ZIP Code **92683** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3317 San Gabriel Blvd.**<br>**Rosemead, CA**<br>ZIP Code **91770** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."      ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)

Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **JBJ Pipe & Supply Co., Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)               (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                              Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**JBJ Pipe & Supply Co., Inc.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Steven R. Fox**
Signature of Attorney for Debtor(s)

**Steven R. Fox 138808**
Printed Name of Attorney for Debtor(s)

**Law Offices of Steven R. Fox**
Firm Name

**17835 Ventura Blvd.**
**Suite 306**
**Encino, CA 91316**

Address

                       **Email: emails@foxlaw.com**
**(818) 774-3545  Fax: (818) 774-3707**
Telephone Number

**February 9, 2015                138808**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Hua**
Signature of Authorized Individual

**John Hua**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 9, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re __JBJ Pipe & Supply Co., Inc.__

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| A.O. SMITH WATER PRODUCTS CO. 12024 Collection Center Dr. Chicago, IL 60693 | A.O. SMITH WATER PRODUCTS CO. 12024 Collection Center Dr. Chicago, IL 60693 (949) 533-8605 | vendor | | 16,260.00 |
| Arrowhead Brass and Plumbing, LLC P.O Box 225 Santa Clara, CA 95052-0225 | Arrowhead Brass and Plumbing, LLC P.O Box 225 Santa Clara, CA 95052-0225 (323) 221-9137 | vendor | | 8,456.87 |
| Cello Products Inc. 210 Avenue Road Cambridge, Ontario N1R5S9 CANADA | Cello Products Inc. 210 Avenue Road Cambridge, Ontario N1R5S9 CANADA (519) 621-9150 | vendor | | 17,451.99 |
| Copperfit Industries Inc. 1280 E 9th Street Ontario, CA 91761 | Copperfit Industries Inc. 1280 E 9th Street Ontario, CA 91761 (909) 622-6100 | vendor | | 31,318.51 |
| Delta Faucet Company P.O BOX 78000 Detroit, MI 48278-0702 | Delta Faucet Company P.O BOX 78000 Detroit, MI 48278-0702 (317) 848-1812 | vendor | | 11,092.10 |
| Distributionnow P.O BOX 200822 Dallas, TX 75320-0822 | Distributionnow P.O BOX 200822 Dallas, TX 75320-0822 (310) 635-6651 | vendor | | 18,446.50 |
| EASYFLEX 1371 SANTA FE DRIVE Tustin, CA 92780 | EASYFLEX 1371 SANTA FE DRIVE Tustin, CA 92780 (714) 258-2600 | vendor | | 9,878.41 |
| Elkhart Products Corporation 1201 Paysphere Circle Chicago, IL 60674 | Elkhart Products Corporation 1201 Paysphere Circle Chicago, IL 60674 (949) 241-5014 | vendor | | 11,597.69 |
| Holdrite 11545 West Vernarno Court #206 San Diego, CA 92127 | Holdrite 11545 West Vernarno Court #206 San Diego, CA 92127 (760) 744-6944 | vendor | | 9,045.60 |

B4 (Official Form 4) (12/07) - Cont.

In re   **JBJ Pipe & Supply Co., Inc.**             Case No. _____

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **HOWELL METAL COMPANY 1774 PAYSPHERE CIRCLE Chicago, IL 60674** | **HOWELL METAL COMPANY 1774 PAYSPHERE CIRCLE Chicago, IL 60674 (540) 740-4700** | vendor | | 100,112.37 |
| **Jixing (USA), Inc. c/o Miriam L. Wu, Esq. Leo Pelletier & Wu 1055 E. Colorado Blvd., 5th Flr. Pasadena, CA 91106** | **Jixing (USA), Inc. c/o Miriam L. Wu, Esq. Leo Pelletier & Wu Pasadena, CA 91106 (626) 261-9539 Jixing** | | Disputed | 1,487,907.85 |
| **Jones Stephens Corporation 3249 Moody Parkway Moody, AL 35004** | **Jones Stephens Corporation 3249 Moody Parkway Moody, AL 35004 (800) 325-8999** | vendor | | 24,058.13 |
| **Kingway Pipe Co., Ltd. Room 1018 No. 35 Zhuhe St. Zhongshang Dist. Dalian CHINA** | **Kingway Pipe Co., Ltd. Room 1018 No. 35 Zhuhe St. CHINA 86-411-62628240** | vendor | | 260,002.10 |
| **Law Offices of Bin Li & Associates 730 N. Diamond Bar Blvd. Diamond Bar, CA 91765** | **Law Offices of Bin Li & Associates 730 N. Diamond Bar Blvd. Diamond Bar, CA 91765 (909) 861-6880** | legal | | 16,521.61 |
| **Mansfield Plumbing Products, LL 3895 Solutions Center Chicago, IL 60677-3008** | **Mansfield Plumbing Products, LL 3895 Solutions Center Chicago, IL 60677-3008 (877) 850-3060** | vendor | | 7,920.45 |
| **Plastic Services And Products LLC 9220 South 300 West #3 Sandy, UT 84070** | **Plastic Services And Products LLC 9220 South 300 West #3 Sandy, UT 84070 (877) 611-1172** | vendor | | 32,703.66 |
| **Red-White Valve Corp. 20600 Regency Lane Lake Forest, CA 92630** | **Red-White Valve Corp. 20600 Regency Lane Lake Forest, CA 92630 (949) 859-1010** | vendor | | 11,573.76 |
| **Sigma Corporation 1805 Solutions Center Chicago, IL 60677-3007** | **Sigma Corporation 1805 Solutions Center Chicago, IL 60677-3007 (609) 758-0800** | vendor | | 6,729.74 |
| **Sloan Valve Company 9134 Paysphere Circle Chicago, IL 60674** | **Sloan Valve Company 9134 Paysphere Circle Chicago, IL 60674 (800) 982-5839** | vendor | | 11,473.81 |
| **Zurn Industries, LLC Dept LA 21584 Pasadena, CA 91185** | **Zurn Industries, LLC Dept LA 21584 Pasadena, CA 91185 (805) 238-7100** | vendor | | 18,845.98 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **JBJ Pipe & Supply Co., Inc.**                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **February 9, 2015**                Signature    **/s/ John Hua**
                                                          **John Hua**
                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re      **JBJ Pipe & Supply Co., Inc.**

_____,
Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Chris T. Hua<br>7282 Westminster Blvd.<br>Westminster, CA 92683** | | **50%** | **common** |
| **John Hua<br>7282 Westminster Blvd.<br>Westminster, CA 92683** | | **50%** | **common** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**February 9, 2015**_____      Signature  **/s/ John Hua**_____

**John Hua
President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **Encino**                          , California.

Date:    **February 9, 2015**

**/s/ John Hua**

**John Hua**
Signature of Debtor


Signature of Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          *Page 1*                          **F 1015-2.1.STMT.RELATED.CASES**

**Supplement to Statement Of Related Cases:**

Steamship Faucets Enterprises, Inc. (entity is not an affiliate) filed Ch. 7 Case No. 6:12-bk-30137-MH on 8/30/12. The case was dismissed on 7/24/13.

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)          1998 USBC, Central District of California

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re<br><br>**JBJ Pipe & Supply Co., Inc.**<br><br><div align="right">Debtor.</div> | Case No.:<br><br>**DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................................................... $ _____ 50,000.00

   Prior to the filing of this statement I have received .............................................. $ _____ 50,000.00

   Balance Due ......................................................................................................... $ _____ 0.00

2. $ __0.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services

| |
|---|
| <div align="center">**CERTIFICATION**</div><br>    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>**February 9, 2015** _____     **/s/ Steven R. Fox** _____<br><div style="margin-left:3em">*Date*</div>     **Steven R. Fox 138808**<br>        *Signature of Attorney*<br>        **Law Offices of Steven R. Fox** _____<br>        *Name of Law Firm*<br>        **17835 Ventura Blvd.**<br>        **Suite 306**<br>        **Encino, CA 91316**<br>        **(818) 774-3545  Fax: (818) 774-3707** |

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Steven R. Fox**
**17835 Ventura Blvd.**
**Suite 306**
**Encino, CA 91316**
**(818) 774-3545 Fax: (818) 774-3707**
California State Bar Number: **138808**
**emails@foxlaw.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor(s):*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**JBJ Pipe & Supply Co., Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(d)]**

Debtor(s).

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __12__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **February 9, 2015**

**/s/ John Hua**
Debtor's signature

Date: **February 9, 2015**

Joint Debtor's signature (if applicable)

Date: **February 9, 2015**

**/s/ Steven R. Fox**
Attorney's signature (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

JBJ Pipe & Supply Co., Inc.
3317 San Gabriel Blvd.
Rosemead, CA 91770


Steven R. Fox
Law Offices of Steven R. Fox
17835 Ventura Blvd.
Suite 306
Encino, CA 91316


A.O. SMITH WATER PRODUCTS CO.
12024 Collection Center Dr.
Chicago, IL 60693


ABC Restaurant Equipment Co.
2025 LEE AVE.
South El Monte, CA 91733


Action Sales
415 S. Atlantic Blvd.
Monterey Park, CA 91754


Airgas USA, LLC
P.O. Box 7423
Pasadena, CA 91109


Airzone Fan, Inc.
5681 S. Downey Road
Los Angeles, CA 90058


American Plus Bank
630 West Duarte Road
Arcadia, CA 91007

AMERICAN STANDARD WATER HEATERS
561 New York Dr.
Pomona, CA 91767


American Water Heater
2808 Metropolitan Place
Pomona, CA 91767


Arrowhead Brass and Plumbing, LLC
P.O Box 225
Santa Clara, CA 95052-0225


Bank Of The West
P.O. Box 515274
Westminster, CA 92683


Bank Of The West
Attn: Bank Officer
180 Montgomery St. # 1400
San Francisco, CA 94104


Bank Of The West
7751 Westminster Blvd.
Westminster, CA 92683


Bobrick
11611 Hart St.
North Hollywood, CA 91605


BROOKS PRODUCTS
1850 PARCO AVE.
Ontario, CA 91761

Cal Western Converting, Inc.
1221 E. Houston Ave.
Visalia, CA 93292


Carpenter & Paterson, Inc. (PHS)
P.O. Box 347831
Pittsburgh, PA 15251-4876


Carrhill Company
7271 E. Slauson Ave.
Los Angeles, CA 90040-3624


Ceco
1310 E Borchard
Santa Ana, CA 92705


Cello Products Inc.
210 Avenue Road
Cambridge, Ontario N1R5S9
CANADA


Charman Manufacturing
5681 South Downey Road
Los Angeles, CA 90058


Chris Hua
3317 San Gabriel Blvd.
Rosemead, CA 91770


Copperfit Industries Inc.
1280 E 9th Street
Ontario, CA 91761

Delco Sales
5375 E Hunter Ave.
Anaheim, CA 92807


Delta Faucet Company
P.O BOX 78000
Detroit, MI 48278-0702


Distributionnow
P.O BOX 200822
Dallas, TX 75320-0822


Eagle Solder
1420 Dowdy Ferry Road
Hutchins, TX 75141


Eastman EZ-Flo International, Inc.
2750 East Mission Ave Blvd.
Ontario, CA 91761


EASYFLEX
1371 SANTA FE DRIVE
Tustin, CA 92780


Elkay
2222 Camden Court
P.O. Box 73606
Chicago, IL 60673-7606


Elkhart Products Corporation
1201 Paysphere Circle
Chicago, IL 60674

Elmco Duddy
15070 Proctor Ave.
Industry, CA 91746


Employement Development Department
PO Box 826288
Sacramento, CA 94230-6288


Fisher Manufacturing Company
P.O. Box 60
Tulare, CA 93275


Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952


Gerber Plumbing Fixtures LLC
3297 Paysphere Circle
Chicago, IL 60674


GOSS INC.
1511 ROUTE 8
Glenshaw, PA 15116-2301


Hart & Cooley, Inc.
PO Box 102335
Atlanta, GA 30368


Holdrite
11545 West Vernarno Court #206
San Diego, CA 92127

House Of Imports
6862 Autocenter Dr.
Buena Park, CA 90621


HOWELL METAL COMPANY
1774 PAYSPHERE CIRCLE
Chicago, IL 60674


Internal Revenue Service
LA & SFV Ch 7,11,13 Noticing
Insolvency Stop 5022
300 N Los Angeles St Room 4062
Los Angeles, CA 90012


Internal Revenue Service
Box 21126
Philadelphia, PA 19114


IPS Corporation
File 70013
Los Angeles, CA 90074-0013


Jensen Precast
825 Steneri Way
Sparks, NV 89431


Jixing (USA), Inc.
c/o Miriam L. Wu, Esq.
Leo Pelletier & Wu
1055 E. Colorado Blvd., 5th Flr.
Pasadena, CA 91106


Jixing (USA), Inc.
Ye Pang, Agent for Service of
Process
11094 Brentwood Dr.
Rancho Cucamonga, CA 91730

Jones Stephens Corporation
3249 Moody Parkway
Moody, AL 35004


Kelly Pipe Co., LLC
11680 Blomfield Ave.
Santa Fe Springs, CA 90670


Kingway Pipe Co., Ltd.
Room 1018 No. 35
Zhuhe St.
Zhongshang Dist. Dalian
CHINA


Kingzz Corporation
1243 W 134th Street
Gardena, CA 90247


L.H. Dottie Company
6131 S. Garfield Ave.
Los Angeles, CA 90040


Lasco Fittings, Inc.
16678 Collections Ctr Dr.
Chicago, IL 60693


Lavelle Industries, Inc.
665 Mchenry Street
Burlington, WI 53105


Law Offices of Bin Li & Associates
730 N. Diamond Bar Blvd.
Diamond Bar, CA 91765

Los Angeles Country
Treasurer and Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


LSP Products Group
P.O. Box 971440
Dallas, TX 75397-1440


Mansfield Plumbing Products, LL
3895 Solutions Center
Chicago, IL 60677-3008


Mark B. Hartzler
Hartzler & Hartzler
12 S. San Gorgonio Ave., Suite C
Banning, CA 92220


Matco Norca
5593 Fresca Dr.
La Palma, CA 90623


MCC Usa Inc.
3715 Market Street
Suite 109
Glendale, CA 91208


Mega Western Sales
P.O BOX 3957
Gardena, CA 90247-9998


METAL PRODUCTS COMPANY
1652 N 32ND
P.O BOX 703
Springfield, OR 97477

MIFAB INC.
P.O BOX 8484
Carol Stream, IL 60197-8484

Mills Bradley Corporation
Bin No. 53066
Milwaukee, WI 53288

Mission Rubber Company
P.O Box 2349
Corona, CA 92878-2349

NewellRubbermaid
75 Remittance Drive-Suite 1167
Chicago, IL 60675-1167

Orange County
Treasurer - Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

Pasco Specialty & Mfg., Inc.
P.O Box 1747
Lynwood, CA 90262-1247

Plastic Services And Products LLC
9220 South 300 West #3
Sandy, UT 84070

Pulse Showerspas
49-A Hangar Way
Watsonville, CA 95076

Quill Corporation
P.O Box 37600
Philadelphia, PA 19101-0600


Red-White Valve Corp.
20600 Regency Lane
Lake Forest, CA 92630


Rostra Tool Co
60 East Industrial Rd.
Branford, CT 06405


Seachrome
1906 E Dominguez St.
Long Beach, CA 90810


Sigma Corporation
1805 Solutions Center
Chicago, IL 60677-3007


Silverwind Products
20733 Alpine Meadow Circle
Walnut, CA 91789


Sloan Valve Company
9134 Paysphere Circle
Chicago, IL 60674


Smith Cooper International, Inc.
P.O Box 51056
Los Angeles, CA 90051-5357

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279


STEAMIST INC.
25 EAST UNION AVE.
East Rutherford, NJ 07073


Super Products Inc.
3651 Pomona Blvd.
Pomona, CA 91768


T Christy Enterprises Inc.
P.O. BOX 25168
Anaheim, CA 92825


Taco, Inc.
1160 Cranston Street
Cranston, RI 02920


The Great Pacific Elbow Co.
15142 Vista Del Rio
CA 92720


Thunderbird Products Inc.
1148 North Marshall Ave.
El Cajon, CA 92020


U.S. Small Business Administration
Standard 7a Loan Guaranty
Processing Center
6501 Sylvan Rd., Suite 100
Citrus Heights, CA 95610-5017

Z Interior Inc.
201 Agostino Rd.
San Gabriel, CA 91776


Zoeller Pump Co.
P.O. Box 16347
Louisville, KY 40256-0347


Zurn Industries, LLC
Dept LA 21584
Pasadena, CA 91185

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Steven R. Fox**<br>**17835 Ventura Blvd.**<br>**Suite 306**<br>**Encino, CA 91316**<br>**(818) 774-3545 Fax: (818) 774-3707**<br>California State Bar Number: **138808**<br>**emails@foxlaw.com** | |

☒ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **JBJ Pipe & Supply Co., Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **John Hua, President**                                   , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

  ☒ I am the president or other officer or an authorized agent of the Debtor corporation
  ☐ I am a party to an adversary proceeding
  ☐ I am a party to a contested matter
  ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   *[For additional names, attach an addendum to this form.]*

 b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| February  9, 2015 | By: | /s/ John Hua, President |
|---|---|---|
| Date | | Signature of Debtor, or attorney for Debtor |

             Name: **John Hua, President**

                Printed name of Debtor, or attorney for
                Debtor

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012               **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Steven R. Fox**<br>**Law Offices of Steven R. Fox**<br>**17835 Ventura Blvd.**<br>**Suite 306**<br>**Encino, CA 91316**<br>**(818) 774-3545 Fax: (818) 774-3707**<br>**138808**<br><br>☐ *Attorney for*: | |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>    **JBJ Pipe & Supply Co., Inc.**<br><br>                                    Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists                Date Filed: _____

☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____

☐ Other: _____    Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

    I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**/s/ John Hua**                                    **February  9, 2015**
*Signature of Authorized Signatory of Filing Party*        Date

**John Hua**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

    I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

**/s/ Steven R. Fox**                                    **February  9, 2015**
*Signature of Attorney for Filing Party*        Date

**Steven R. Fox 138808**
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **17835 Ventura Blvd.**<br>**Suite 306**<br>**Encino, CA 91316**<br>**(818) 774-3545 Fax:(818) 774-3707**<br>CA State Bar Number: | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br><br>    **JBJ Pipe & Supply Co., Inc.**<br><br>                                    Debtor. | CHAPTER 11<br><br>CASE NUMBER<br><br>                    (No Hearing Required) |

# VENUE DISCLOSURE FORM
# FOR CORPORATIONS FILING CHAPTER 11
## *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):
   **7282 Westminster Blvd., Westminster, CA 92683**

2.    Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
   **7282 Westminster Blvd., Westminster, CA 92683**

3.    Disclose the current business address(es) for all corporate officers:
   **3317 San Gabriel Blvd., Rosemead, CA 91770**

4.    Disclose the current business address(es) where the Debtor's books and records are located:
   **3317 San Gabriel Blvd., Rosemead, CA 91770**

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
   **3317 San Gabriel Blvd., Rosemead, CA 91770**

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

   **2 locations:**

   **7282 Westminster Blvd., Westminster, CA 92683**

   **3317 San Gabriel Blvd., Rosemean, CA 91770**

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*: **John Hua, President**

8.    Total number of attached pages of supporting documentation:   **1**

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2                    **VEN-C**

| In re | CHAPTER 11 |
|-------|------------|
| **JBJ Pipe & Supply Co., Inc.** | |
| Debtor. | CASE NUMBER |

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.


Executed on _____**February  9, 2015**_____, at ___**Encino**___, California.


**John Hua**_____                    **/s/ John Hua**_____
*Type Name of Officer*                                                            *Signature of Declarant*

**President**_____
*Position or Title of Officer*

---

California Secretary of State Alex Padilla

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work
February 06, 2015. Please refer to **Processing Times** for the received dates of filings currently being process
a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | JBJ PIPE & SUPPLY CO., INC. |
| Entity Number: | C2156280 |
| Date Filed: | 03/08/1999 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 7282 WESTMINSTER BLVD |
| Entity City, State, Zip: | WESTMINSTER CA 92683 |
| Agent for Service of Process: | JOHN HUA |
| Agent Address: | 7282 WESTMINSTER BLVD |
| Agent City, State, Zip: | WESTMINSTER CA 92683 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked.
  Corporations Code **section 2114** for information relating to service upon corporations that have surrend
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more
  **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definiti**

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2015    California Secretary of State