1   **LAW OFFICES OF STEVEN R. FOX**
    Steven R. Fox, SBN 138808
2   Dan Park, SBN 274973
    17835 Ventura Blvd., Suite 306
3   Encino, CA 91316
    (818)774-3545; FAX (818)774-3707
4

5   Attorneys for Debtor-in-Possession

6

7

8           UNITED STATES BANKRUPTCY COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10          SANTA ANA DIVISION

11  In re                              )   CASE NO: 8:15-bk-10652-ES

12  JBJ Pipe & Supply Co., Inc.,       )   CHAPTER 11

13                                     )   MOTION FOR AUTHORITY TO USE
                                       )   CASH COLLATERAL ON AN INTERIM
14          Debtor.                    )   AND FINAL BASIS; MEMORANDUM OF
                                       )   POINTS AND AUTHORITIES;
15                                     )   DECLARATION OF JOHN HUA

16                                     )   Date  : To be set
                                       )   Time  :
17                                     )   Place : Courtroom 5A
                                       )           411 W. Fourth St.
18                                     )           Santa Ana, CA 92701

19  _____   )   Petition filed February 10, 2015

20      **TO THE HONORABLE BANKRUPTCY JUDGE:**

21      **COMES NOW** the Debtor-in-Possession, JBJ Pipe and Supply Co., Inc.,

22  an active California corporation ("JBJ" or "Debtor" herein) with its "Motion for

23  Authority to Use Cash Collateral on an Interim and Final Basis" ("Motion").

24      American Plus Bank (the "bank") appears to hold a properly perfected senior

25  position security interest in the Debtor's monies, this based on a recorded UCC 1

26  Financing Statement and a guaranty.  For purposes of only this Motion, the Debtor

27  assumes the bank holds a properly perfected security interests in the rental income.

28  This may ultimately not be the case though.

                                    - 1 -

The Debtor seeks authorization to use its monies to operate its two retail locations which sell supplies and parts to the plumbing trade, to maintain its two leased property locations and to offer an adequate protection payment to the bank.

If the Debtor cannot use its cash collateral, the Debtor may not be able to pay its obligations as they come due.  The Debtor seeks authority here to use cash collateral either pursuant to the attached budget or alternatively in the ordinary course of business and to provide adequate protection to the bank.

The Debtor requests that the Court make the following actions:

1.      Authorize the Debtor to use cash collateral on in interim basis per the budget attached hereto as **Exhibit "A,"** grant the variance and the carry forward provisions both discussed in the Motion.

2.      Set a hearing on the use of cash collateral on a final basis and in the ordinary course of business.

3.      Grant to the bank replacement liens in collateral of the estate on the terms discussed below.

4.      Such further relief as the Court deems appropriate and which is consistent with this Motion.

Dated: February 10, 2015

LAW OFFICES OF STEVEN R. FOX

Steven R. Fox, proposed counsel for JBJ
Pipe Supply Co., Inc., Debtor-in-Possession

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL ON AN INTERIM AND FINAL BASIS.

1. This case was commenced on February 10, 2015, by the filing of a voluntary petition for relief under Chapter 11 of the U. S. Bankruptcy Code. Since then, the Debtor has been, and continues to be, a Debtor-in-Possession. No examiner or trustee has been appointed and no official committee of unsecured creditors has been established.

### I.

### Introduction and Summary of Relief Requested

2. The Debtor operates two locations in Rosemead and in Westminster, California where it sells supplies and parts to members of the plumbing trades. The Debtor has considerable value in inventory and both locations and is owed approximately $385,000 in receivables. The Debtor has many unsecured creditors.

3. The precipitating cause of this chapter 11 filing is a state court judgment entered against the Debtor and others for approximately $608,000 plus interest and attorneys' fees. The Debtor will use the chapter 11 proceeding to improve its bookkeeping, modernize its two locations and to reorganize. This is not a liquidating case.

4. Here the Debtor seeks authority to use cash collateral on an interim basis pursuant to a budget (**Exhibit "A"**) and requests the Court set a hearing for the use of cash collateral on a final basis and in the ordinary course of business.

### II.

### The Debtor, Its Business, and the Financial Difficulties.

5. The Debtor is an active California corporation. It operates two stores which sell supplies and parts to the plumbing trades. Pictures recently taken at the Rosemead location give some sense that store and its inventory. **Exhibit "B."**

6.    Mr. John Hua and Ms. Chris Hua were married.  They are both immigrants from South Vietnam who made their way to Los Angeles after South Vietnam fell.  They met in Los Angeles and married and had three children.  Starting with no money, they eventually built JBJ into a plumbing supplies and parts business which grosses $4,000,000 give or take annually.  Of its two locations, Westminster and Rosemead, Westminster is the older location and Rosemead has more sales.  Mr. and Ms. Hua later divorced though they both retain 50% interests in the Debtor.  They have divided their responsibilities so that Mr. Hua runs the Westminster store and Ms. Hua operates the Rosemead store.  As needed they work together.

7.    Their compensation is relatively modest plus the business provides health insurance, a car lease payment for Mr. Hua and other benefits.

8.    The Debtor has over 75 unsecured creditors with unsecured debt likely to exceed $2,200,000.  It appears to have one entity, American Plus Bank, holding an interest in monies and other assets and a claim of perhaps $607,000 **(Exhibits "C" and "G")** based on a JBJ guaranty of the debt of the Huas in 2009.  Ms. Hua pays the payment to American Plus Bank directly.

9.    The Debtor has been operating its business since 1999.

10.    More recently, Mr. Hua and the principal of Jixing (Int'l), a Chinese company, entered into what may described as a transaction.  Differences arose and litigation followed.  Jixing (Int'l)'s USA entity, Jixing (USA) obtained a judgment against the Debtor and others for approximately $608,000 plus interest with attorneys fees' to be determined.  Among other things, Jixing owns an interest in a competitor of the Debtor.  The Debtor's own attorneys' fees were extensive.

III.

Moving Forward.

- 4 -

11.   The Debtor has a solid business in two locations. While it has a lot of debt, it generally has decent to good relationships with its vendors and customers. The stores are busy during the early morning hours when contractors and sub-contractors are shopping for parts and materials.

12.   The Debtor and its assets are fully insured. The Debtor regularly records material liens and other necessary legal documents to protect its interests when it provides materials for a large job.

13.   The Debtor needs to improve its financial books and records. The proposed CPA will send a staff accountant fluent in Mandarin to JBJ's business locations, to upgrade the computerized financial reporting systems and to upgrade the quality of the financial reporting.

14.   The economy is improving. Construction industry forecasts predict year 2015 will be a good year for the construction trades. [1]

15.   The following reports are attached:

•   Exhibit "A" is the proposed budget. It is based on a year to date P&L through September 30, 2014. It is a weekly budget.

•   Exhibit "D" is a copy of a 9 month P&L (through September 30, 2014) which contains figures for both locations.

•   Exhibit "E" is a vendor list showing vendor names and balance (which are subject to revision).

•   Exhibit "F" shows the Debtor's current receivables.

•   Exhibit "G" is a billing statement from American Plus Bank dated as of December, 2014. For the purposes of only this Motion, the

_____

[1]   See for example: http://www.buildings.com/news/industry-news/articleid/16937/title/commercial-construction-forecast-promising-for-2014-and-2015.aspx and http://www.forconstructionpros.com/press_release/11537651/reed-construction-data-total-construction-spending-forecast-to-increase-112-in-2015

1    Debtor assumes the information concerning the principal balance

2    provided by the bank in the statement is accurate.

3    IV.

4    **Request for Authority to Use Cash Collateral.**

5    16.    JBJ requires the use of cash collateral to operate its business. If it cannot

6    use cash collateral, then it may not be able to reorganize. Continued

7    operation of the business benefits the bank, JBJ and the creditors. If the

8    bank's security interest extends to all of JBJ's assets, then JBJ lacks

9    unencumbered monies or other assets to pay business obligations.

10    17.    <u>The Budget</u>. The budget is based on a recent P&L statement and also on

11    management's beliefs as to how income and expenses will change in the

12    near future. The budget is not audited.

13    18.    <u>Variance</u>. Budgeting is not an exact science, especially when JBJ cannot

14    know what the plumbing trade may want on a day to day basis. As just one

15    possible example, plumbing contractors purchase piping and pipe fittings

16    from the Debtor and certain models and sizes of pipes or pipe fittings may

17    suddenly be in demand while other formerly desired pipes or pipe fittings

18    may no longer be in such demand, at least for some period of time. If

19    caught short, the Debtor needs to quickly order those models of pipes

20    which are suddenly in demand. If it cannot order the now popular pipes

21    and fittings, then it will lose sales.

22    19.    For this reason, the Debtor requests a variance of 20% from the budget as

23    to COGS. The Debtor also requests that to the extent gross revenues

24    exceed projections that the Debtor be able to apply up to 75% of such

25    excess to COGS. This request is based on the premise that if gross

26    revenues are higher than projected, that means the Debtor's inventory is

27    being used up faster than projected and the Debtor needs to replace

28    inventory more quickly than forecast.

20. The Debtor requests, in the event of an unexpected repair, it be permitted, without seeking prior authority from the Court or the bank, to vary from the budget by as much as $5,000 to make necessary emergency repairs.

21. <u>Rolling Unspent Expenses Forward</u>.  The budget is a weekly budget.  It is likely the Debtor will underspend in certain categories.  For example, the Debtor, when advised of the need to have significantly extra inventory on hand for a job site, may then be told to hold off for a week or two making the purchases.  The Debtor needs flexibility to roll unspent expenses forward.

22. <u>The Bank is Adequately Secured</u>.  Section 361 defines "adequate protection" in various manners including periodic payments to the secured creditor, replacement liens and other relief.

23. The lenders are afforded adequate protection.

  a.   The inventory has a basis that exceeds $1 million on a cost basis with a retail value of $500,000 and the receivables have a face value of approximately $385,000.  The bank is owed approximately $607,000 as of December, 2014.

  b.   The businesses generate significant income each month.

  c.   The value of the security will be protected and preserved by the operation of the business.

  d.   The business is insured.

  e.   The bank can be granted a replacement lien in assets of the estate to the extent its lien attached prepetition to these assets with the same validity, priority, and description of collateral.

  f.   The Debtor is willing to pay a monthly adequate protection payments to the bank.

  g.   The business is not declining in value especially not in light of industry reports showing construction growing in year 2015.

1    24.    <u>Interim and Final Use of Cash Collateral</u>.  JBJ requests the Court authorize

2           it to use cash collateral first on an interim basis and then later on a final

3           basis and in the ordinary course of business.

4    25.    <u>Waivers and Cash Collateral Stipulation Form 4001-2; Notice</u>.  There is no

5           stipulation for the use of cash collateral.  There are no provisions in the

6           Motion referenced in Official Form 4001-2.  The Debtor is not here waiving

7           (1) any right to dispute the validity of any lien, (2) to challenge whether

8           particular assets are subject to a security interest, (3) to invalidate a security

9           interest, (4) to surcharge collateral or (5) to maintain any claims the Debtor

10          may have against the Bank.

11                                          VI.

12                                      Conclusion

13   The Debtor requests that the Court make the following actions:

14          1.      Authorize the Debtor to use cash collateral on in interim basis

15                  per the budget attached hereto as **Exhibit "A,"** grant the

16                  variance and the carry forward provisions both discussed in the

17                  Motion.

18          2.      Set a hearing on the use of cash collateral on a final basis and

19                  in the ordinary course of business.

20          3.      Grant to the bank replacement liens in collateral of the estate

21                  on the terms discussed below.

22          4.      Such further relief as the Court deems appropriate and which is

23                  consistent with this Motion.

24   Dated: February 10, 2015                      LAW OFFICES OF STEVEN R. FOX

25

26

27                                          _____
                                            Steven R. Fox, proposed counsel for
28                                          JBJ Pipe Supply Co. Inc., Debtor-in-
                                            Possession

# DECLARATION OF JOHN HUA

I, John Hua, declare as follows:

1.  I am one of two 50% shareholders in the Debtor, JBJ Pipe & Supply, Co., Inc. ("Debtor" or "JBJ"). JBJ operates two locations, one located in Westminster, CA and the other in Rosemead, CA. I operate the Westminster location and work with Chris Hua, the other shareholder in the Debtor on the overall operation of the business which JBJ operates. My business address is 7282 Westminster Blvd., Westminster, CA 92683. My statements here are based on my personal knowledge and if called to testify, I could and would do so competently.

2.  This case was commenced on February 10, 2015, by the filing of a voluntary petition for relief under Chapter 11 of the U. S. Bankruptcy Code. Since then, the Debtor has been, and continues to be, a Debtor-in-Possession. No examiner or trustee has been appointed and no official committee of unsecured creditors has been established.

3.  The Debtor operates two locations in Rosemead and in Westminster, California where it sells supplies and parts to members of the plumbing trades. The Debtor has considerable value in inventory and both locations and is owed approximately $385,000 in receivables. The Debtor has many unsecured creditors.

4.  American Plus Bank (the "bank") appears to hold a properly perfected senior position security interest in the Debtor's monies, this based on a recorded UCC 1 Financing Statement. For purposes of only this Motion, the Debtor assumes the bank holds a properly perfected security interests in the rental income.

5.  The Debtor seeks authorization to use its monies to operate its two retail locations, to maintain its two leased property locations. The Debtor also requests the Court set a hearing for the use of cash collateral on a final

Case 8:15-bk-10652-ES    Doc 3    Filed 02/10/15    Entered 02/10/15 11:43:49    Desc
Main Document    Page 10 of 43

basis and in the ordinary course of business.

6.   If the Debtor cannot use its cash collateral, the Debtor may not be able to pay its obligations as they come due. The Debtor seeks authority here to use cash collateral either pursuant to the attached budget or alternatively in the ordinary course of business and to provide adequate protection to the bank.

7.   The precipitating cause of this chapter 11 filing is a state court judgment entered against the Debtor and others for approximately $608,000 plus interest and attorneys' fees. The Debtor will use the chapter 11 proceeding to improve its bookkeeping, modernize its two locations and to reorganize. This is not a liquidating case.

8.   The Debtor is an active California corporation. It operates two stores which sell supplies and parts to the plumbing trades. Pictures recently taken at the Rosemead location give some sense that store and its inventory. Attached as **Exhibit "B,"** are true and correct copies of photographs taken, often by me or at my direction, of the Debtor's Rosemead location. The pictures give some sense of that store and its inventory.

9.   Ms. Chris Hua and I were married. We are both immigrants from South Vietnam who separately made our way to Los Angeles after South Vietnam fell. We met in Los Angeles and married and had three children. Starting with no money, we eventually built JBJ into a plumbing supplies and parts business which grosses $4,000,000 give or take annually. Of its two locations, Westminster and Rosemead, Westminster is the older location and Rosemead has more sales. Ms. Hua and I later divorced though we both retain 50% interests in the Debtor. We have divided our responsibilities so that I run the Westminster store and Ms. Hua operates the Rosemead store. As needed we work together.

10.    Our compensation is relatively modest plus the business provides health insurance, a car lease payment for me and other benefits.

11.    The Debtor has over 75 unsecured creditors with unsecured debt likely to exceed $2,200,000. It appears to have one entity, American Plus Bank, holding an interest in monies and other assets and a claim of approximately $607,000 as of December, 2014 (**Exhibit "G"**) based on a JBJ guaranty of the debt of me and Ms. Hua in 2009. Ms. Hua pays the payment to American Plus Bank directly. The California Secretary of State' records indicate that two liens have been filed by American Plus Bank. Both are UCC 1 Financing Statements in favor of American Plus Bank. Copies of the UCC 1 Financing Statements filed by American Plus Bank are attached here as **Exhibit "C."**

12.    The Debtor has been operating its business since 1999.

13.    More recently, the principal of Jixing (Int'l), a Chinese company, and I entered into what may described as a transaction. Differences arose and litigation followed. Jixing (Int'l)'s USA entity, Jixing (USA) obtained a judgment against the Debtor and others for approximately $608,000 plus interest with attorneys fees' to be determined. Among other things, Jixing owns an interest in a competitor of the Debtor. The Debtor's own attorneys' fees were extensive.

14.    The Debtor has a solid business in two locations. While it has a lot of debt, it generally has decent to good relationships with its vendors and customers. The stores are busy during the early morning hours when contractors and sub-contractors are shopping for parts and materials.

15.    The Debtor and its assets are fully insured. The Debtor regularly records material liens and other necessary legal documents to protect its interests when it provides materials for a large job.

16.    The Debtor needs to improve its financial books and records. I understand

1  the proposed CPA will send a staff accountant fluent in Mandarin to JBJ's

2  business locations, to upgrade the computerized financial reporting systems

3  and to upgrade the quality of the financial reporting.

4  17.  The economy is improving.  Construction industry forecasts predict year

5  2015 will be a good year for the construction trades. [2]

6  18.  The following reports are attached:

7  •  Exhibit "A" is the proposed budget.  It is based on a year to

8  date P&L through September 30, 2014.  Expenses going

9  forward are estimated on the expenses through September 30,

10  2014.  It is also based on our beliefs as to how income and

11  expenses will change in the near future. The budget is a weekly

12  budget.  Various people of the Debtor's personnel, including

13  me and Ms. Hua, worked on it.  It is a true and correct copy of

14  what it appears to be.

15  •  Exhibit "D" is a copy of a 9 month P&L (through September 30,

16  2014) which contains figures for both locations.  The report

17  was prepared by company staff on the direction of both me

18  and Ms. Hua.  I worked with staff on the reports and its

19  preparation.  They are true and correct copies of what they

20  appear to be.

21  •  Exhibit "E" is a vendor list showing vendor names and balance

22  (which are subject to revision).  The list was prepared at the

23  direction of me and Ms. Hua.  Ms. Hua and I had the

24

25  [2]  See  for  example:  http://www.buildings.com/news/industry-
news/articleid/16937/title/commercial-construction-forecast-promising-
26  f o r - 2 0 1 4 - a n d - 2 0 1 5 . a s p x   a n d
27  http://www.forconstructionpros.com/press_release/11537651/reed-
construction-data-total-construction-spending-forecast-to-increase-112-
28  in-2015

1                 opportunity to read them, offer input, and to discuss them with

2                 the staff who prepared these reports.

3        •        **Exhibit "F"** shows the Debtor's current receivables. The report

4                 was prepared at the direction of me and Ms. Hua. Ms. Hua

5                 and I had the opportunity to read them, offer input, and to

6                 discuss them with the staff who prepared these reports.

7        •        **Exhibit "G"** is a recent statement dated as of December, 2014

8                 that Ms. Hua and I received from American Plus Bank for the

9                 note with the JBJ Guaranty. It is a true and correct copy.

10  19.    As I understand it, a motion to use cash collateral is required when a

11       creditor asserts it is secured by the Debtor's monies and receivables. Here I

12       believe the bank will assert it holds security interests in the company's

13       monies. The bank may or may not be correct.

14  20.    JBJ requires the use of cash collateral to operate its business. If it cannot

15       use cash collateral, then it may not be able to reorganize. Continued

16       operation of the building benefits the bank, JBJ and the creditors. If the

17       bank's security interest extends to all of JBJ's assets, then JBJ lacks

18       unencumbered monies or other assets to pay business obligations.

19  21.    <u>The Budget</u>. The budget is based on a recent P&L statement and also on

20       management's beliefs as to how income and expenses will change in the

21       near future. The budget is not audited.

22  22.    <u>Variance</u>. Budgeting is not an exact science, especially when JBJ cannot

23       know what the plumbing trade may want on a day to day basis. As just one

24       possible example, plumbing contractors purchase piping and pipe fittings

25       from the Debtor and certain models and sizes of pipes or pipe fittings may

26       suddenly be in demand while other formerly desired pipes or pipe fittings

27       may no longer be in such demand, at least for some period of time. If

28       caught short, the Debtor needs to quickly order those models of pipes

1   which are suddenly in demand.  If it cannot order the now popular pipes

2   and fittings, then it will lose sales.

3   23.  For this reason, the Debtor requests a variance of 20% from the budget as

4   to COGS.  The Debtor also requests that to the extent gross revenues

5   exceed projections that the Debtor be able to apply up to 75% of such

6   excess to COGS.  This request is based on the premise that if gross

7   revenues are higher than projected, that means the Debtor's inventory is

8   being used up faster than projected and the Debtor needs to replace

9   inventory more quickly than forecast.

10  24.  The Debtor requests, in the event of an unexpected repair, it be permitted,

11  without seeking prior authority from the Court or the bank, to vary from the

12  budget by as much as $5,000 to make necessary emergency repairs.

13  25.  <u>Rolling Unspent Expenses Forward</u>.  The budget is a weekly budget.  It is

14  likely the Debtor will underspend in certain categories.  For example, the

15  Debtor, when advised of the need to have significantly extra inventory on

16  hand for a job site, may then be told to hold off for a week or two making

17  the purchases.  The Debtor needs flexibility to roll unspent expenses

18  forward.

19  26.  <u>The Bank is Adequately Secured</u>.  I understand that §361 of the Bankruptcy

20  Code defines "adequate protection" in various manners including payments

21  to a secured creditor, replacement liens and other relief.  I understand that

22  for the Court to permit the Debtor to use cash collateral any creditor who is

23  secured must be offered adequate protection.

24  27.  Here, the bank is afforded adequate protection.

25  a.     The inventory has a basis that exceeds $1 million on a cost

26  basis with a retail value of $500,000 and the receivables have

27  a face value of approximately $385,000.   The bank is owed

28  approximately $607,000 as of December, 2014.

b.      The businesses generate significant income each month.

c.      The value of the security will be protected and preserved by the operation of the business.

d.      The business is insured.

e.      The bank can be granted a replacement lien in assets of the estate to the extent its lien attached prepetition to these assets with the same validity, priority, and description of collateral.

f.      The Debtor is willing to pay a monthly adequate protection payments to the bank.

g.      The business is not declining in value especially not in light of industry reports showing construction growing in year 2015.

28.  Interim and Final Use of Cash Collateral.  JBJ requests the Court authorize it to use cash collateral first on an interim basis and then later on a final basis and in the ordinary course of business.

29.  Waivers and Cash Collateral Stipulation Form 4001-2; Notice.  There is no stipulation for the use of cash collateral.  There are no provisions in the Motion referenced in Official Form 4001-2.  The Debtor is not here waiving (1) any right to dispute the validity of any lien, (2) to challenge whether particular assets are subject to a security interest, (3) to invalidate a security interest, (4) to surcharge collateral or (5) to maintain any claims the Debtor may have against the Bank.

30.  On the Debtor's behalf, I request the Court take the following actions:

1.      Authorize the Debtor to use cash collateral on an interim basis per the budget attached hereto as **Exhibit "A,"** grant the requested variance and the carry forward provisions.

2.      Authorize the Debtor to use cash collateral either on an interim basis or a final basis, either in the ordinary course of business or pursuant to the budget.

1       3.        Set a hearing on the use of cash collateral on a final basis and

2               in the ordinary course of business.

3       4.        Grant the replacement liens discussed in the Motion.

4      I declare under penalty of perjury under the laws of the United States of

5    America that the foregoing is true and correct.

6      Executed this February 9, 2015, at Encino, CA.

7

8

9

10                            John Hua

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit "A"

JBJ Plumbing Supply
Budget by Week
For the 6 week period 2/9/15-3/29/15

| Rosemead Store | | 2/9/2015 | 2/16/2015 | 2/23/2015 | 3/2/2015 | 3/9/2015 | 3/16/2015 | 3/23/2015 |
|---|---|---|---|---|---|---|---|---|
| Sales - San Gabriel | | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| COGS - San Gabriel | [a] | 45,600 | 45,600 | 45,600 | 45,600 | 45,600 | 45,600 | 45,600 |
| Gross Margin - SG | | 14,400 | 14,400 | 14,400 | 14,400 | 14,400 | 14,400 | 14,400 |
| **Expenses** | | | | | | | | |
| Bookkeeping | [b] | | | | 2,000 | | | |
| Auto Exp | [c] | 1,675 | | | 4,100 | 1,675 | | |
| Computer | [e] | | | | 400 | | | |
| Insurance: Auto | | | | | 423 | | | |
| Insurance: Building | | | | | 421 | | | |
| Insurance: Medical | | | | | 1,185 | | | |
| Insurance: Work Comp | | | | | 976 | | | — |
| Interpreter | | | | | | | 1,500 | |
| Legal and Professional | [d] | | 1,500 | | | | | |
| Office/Supplies | [e] | | | 20,000 | 800 | | | |
| Payroll -Admin | [e] | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Payroll -Mgmt | [f] | | | | 14,500 | | | |
| Payroll taxes | [e] | 450 | 450 | 450 | 3,800 | 450 | 450 | 450 |
| Rent | | | 6,000 | | | | | |
| Telephone | | | | | 300 | | | |
| Utilities | | | | | 700 | | | |
| **TOTAL Expenses** | | 4,625 | 10,450 | 22,950 | 32,105 | 4,625 | 4,450 | 2,950 |
| | | | | | | | | |
| Net In/(Out) per week | | 9,775 | 3,950 | (8,550) | (17,705) | 9,775 | 9,950 | 11,450 |
| Cumulative | | 9,775 | 13,725 | 5,175 | (12,530) | (2,755) | 7,195 | 18,645 |

**Footnotes:**

[a]  May be required to pay vendors COD, therefore scheduled weekly.  Will pay monthly when possible, so timing will vary.
     COGS is for inventory purchases, derived from 9/30/14 YTD P&L, at 76% of gross receipts.
     With improvements to be implemented to internal bookkeeping, mgmt will be better able to determine COGS %.

[b]  To be hired asap, therefore amount may be adjusted

[c]  Estimates provided by management, including fuel and repairs for owners vehicle and 3 trucks
     Lease payment of $1675 due on the 13th of each month

[d]  To consult regarding lawsuit appeal

[e]  Estimated by management

[f]  Includes Owners Chris and John Hua @ $2K and $4K/mo, CFO @ $4500/mo and Operations Mgr @ $4K/mo

| Westminster Store | | 2/9/2015 | 2/16/2015 | 2/23/2015 | 3/2/2015 | 3/9/2015 | 3/16/2015 | 3/23/2015 |
|---|---|---|---|---|---|---|---|---|
| Sales | [a] | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| COGS | | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 |
| Gross Margin | | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| **Expenses** | | | | | | | | |
| Bookkeeping | [b] | | | | 2,000 | | | |
| Auto Exp | [c] | | | | 3,500 | | | |
| Computer | | | | | | | | |
| Insurance: Auto | | | | | 423 | | | |
| Insurance: Building | | | | | 421 | | | |
| Insurance: Medical | | | | | | | | |
| Insurance: Work Comp | | | | | 976 | | | |
| Interpreter | [d] | | | | | | | |
| Legal and Professional | [e] | | | | 700 | | | |
| Office/Supplies | [e] | | | | | | | |
| Payroll -Admin | [e] | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 | 2,800 |
| Payroll -Mgmt | | | | | | | | |
| Payroll taxes | [e] | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Rent | | | 6,500 | | | | | |
| Telephone | | | | | 400 | | | |
| Utilities | | | | | 600 | | | |
| **TOTAL Expenses** | | 3,400 | 9,900 | 3,400 | 12,420 | 3,400 | 3,400 | 3,400 |
| Net In/(Out) per week | | 2,600 | (3,900) | 2,600 | (6,420) | 2,600 | 2,600 | 2,600 |
| Cumulative | | 2,600 | (1,300) | 1,300 | (5,120) | (2,520) | 80 | 2,680 |

19

# Exhibit "B"





















# Exhibit "C"

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
JUDY HSU
626-821-9188

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
AMERICAN PLUS BANK
630 WEST DUARTE ROAD
Arcadia, CA 91007
USA

DOCUMENT NUMBER: 21710710003
FILING NUMBER: 09-7202626357
FILING DATE: 07/16/2009 14:17
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JBJ Pipe & Supply Co., Inc. | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3514 Hawkwood Road | Diamond Bar | CA | 91765 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | | ☑NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| American Plus Bank | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 630 W. Duarte Road | Arcadia | CA | 91007 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

See Attachment(s)

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]** [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

4. This FINANCING STATEMENT covers the following collateral:

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Eunice Chan
626-821-9188

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
AMERICAN PLUS BANK
630 WEST DUARTE ROAD
Arcadia, CA 91007
USA

DOCUMENT NUMBER: 22870320002
FILING NUMBER: 09-7213484240
FILING DATE: 11/05/2009 12:29
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| JBJ Pipe & Supply Co., Inc. | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7282 Westminster Blvd. | Westminster | CA | 92683 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | C2156280 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| American Plus Bank, N.A. | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 630 West Duarte Road | Arcadia | CA | 91007 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

See Attachment(s)

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE]    [optional] ☑ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil; gas, and other minerals before extraction; all oil; gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments; accessions, accessories, fittings, increases, tools, parts, repairs; supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property; and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

# Exhibit "D"

**FINANCIAL STATEMENT**
From 01/01/2014 to 09/302014

. JBJ PIPE SUPPLY CO INC
7282 WESTMINSTER BLVD
WESTMINSTER, CA 92683

| | | |
|---|---|---|
| **GROSS RECEITS** | $ | 3,521,624 |
| Cost of goods sold | $ | 2,681,625 |
| **NET GAIN** | $ | 839,999 |

**EXPENSES**

| | |
|---|---|
| Salaries | $192,524 |
| Repairs and maintement | $6,207 |
| Rents | $112,500 |
| Taxes and licenses | $66,750 |
| Acconting | $4,975 |
| Bank charges | $27,874 |
| Insurance | $9,948 |
| Legal and professional | $38,000 |
| Office expense | $392 |
| Security | $615 |
| Supplies | $3,369 |
| Telephone | $2,351 |
| Utilities | $9,992 |
| Gasiline for business | $30,925 |
| Sales Tax | $256,453 |
| Employee benefit programs | $8,712 |
| Travel | $4,800 |
| **TOTAL EXPENSES** | $776,387 |

**ORDINARY BUSINESS INCOME (LOSS)**          $63,612

Prepared without audit

# Exhibit "E"

3:10 PM
02/07/15

# JBJ Pipe & Supply Co., Inc.
# A/P Aging Summary
### As of February 7, 2015

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| A.O SMITH WATER PRODUCTS CO. | 16,260.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16,260.00 |
| ABC Restaurant Equipment Co. | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| Action Sales | 628.00 | 0.00 | 0.00 | 0.00 | 0.00 | 628.00 |
| Airgas West | 0.00 | 0.00 | 0.00 | 0.00 | 486.00 | 486.00 |
| Airzone Fan, Inc. | 2,440.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,440.00 |
| AMERICAN STANDARD WATER HEATERS | 0.00 | 0.18 | 0.00 | 0.00 | 0.00 | 0.18 |
| American Water Heater | 0.00 | 0.00 | 0.00 | 0.00 | 1,123.52 | 1,123.52 |
| Arrowhead Brass and Plumbing, LLC | 5,425.20 | 3,031.67 | 0.00 | 0.00 | 0.00 | 8,456.87 |
| Bobrick | 0.00 | 374.15 | 0.00 | 0.00 | 0.00 | 374.15 |
| BROOKS PRODUCTS | 340.40 | 0.00 | 1,045.60 | 0.00 | 0.00 | 1,386.00 |
| Cal-Royal Products, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -101.41 | -101.41 |
| Cal Western Converting, Inc. | 0.00 | 0.00 | 0.00 | 1,366.20 | 0.00 | 1,366.20 |
| Carpenter & Paterson, Inc. ( PHS ) | 375.00 | 248.00 | 0.00 | 0.00 | 0.00 | 623.00 |
| Carrhill Company | 4,411.83 | 216.96 | 0.00 | 0.00 | 108.90 | 4,737.69 |
| Ceco | 0.00 | 564.97 | -203.84 | 0.00 | 0.00 | 361.13 |
| Cello Products Inc. | 0.00 | 298.41 | 17,153.58 | 0.00 | 0.00 | 17,451.99 |
| Charman Manufacturing | 0.00 | 0.00 | 1,783.75 | 0.00 | 0.00 | 1,783.75 |
| Copperfit Industries Inc. | 21,968.72 | 2,435.06 | 4,216.97 | 0.00 | 0.00 | 28,620.75 |
| Delco Sales | 643.44 | 1,644.00 | 1,732.20 | 0.00 | 0.00 | 4,019.64 |
| Delta Faucet Company | 2,857.72 | 8,234.38 | 0.00 | 0.00 | 0.00 | 11,092.10 |
| Distributionnow | 19,663.35 | 0.00 | 0.00 | -1,216.85 | 0.00 | 18,446.50 |
| Eagle Solder | 0.00 | 2,468.00 | 3,702.00 | 0.00 | 0.00 | 6,170.00 |
| Eastman EZ-Flo International, Inc. | 239.20 | 482.30 | 0.00 | 0.00 | 0.00 | 721.50 |
| EASYFLEX | 4,648.05 | 1,662.50 | 1,432.29 | 0.00 | 2,135.57 | 9,878.41 |
| Elkay | 0.00 | 1,182.00 | 0.00 | 0.00 | 0.00 | 1,182.00 |
| Elkhart Products Corporation | 0.00 | 0.00 | 0.00 | 0.00 | 11,597.69 | 11,597.69 |
| Elmco Duddy | 1,086.30 | 393.50 | 1,598.56 | 0.00 | 0.00 | 3,078.36 |
| Fisher Manufacturing Company | 2,440.42 | 0.00 | 0.00 | 0.00 | 0.00 | 2,440.42 |
| George T. Hall Company, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -147.56 | -147.56 |
| Gerber Plumbing Fixtures LLC | 4,465.97 | 221.62 | 0.00 | 0.00 | 0.00 | 4,687.59 |
| GOSS INC. | 0.00 | 0.00 | 636.50 | 0.00 | 0.00 | 636.50 |
| Hart & Cooley, Inc. | 0.00 | 0.00 | 3,102.42 | 0.00 | 0.00 | 3,102.42 |
| Holdrite | 9,045.60 | 0.00 | 0.00 | 0.00 | 0.00 | 9,045.60 |
| HOWELL METAL COMPANY | 100,112.37 | 0.00 | 0.00 | 0.00 | 0.00 | 100,112.37 |
| IPS Corporation | 4,089.82 | 0.00 | 0.00 | 0.00 | 0.00 | 4,089.82 |
| Jensen Precast | 2,655.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,655.00 |
| Jones Stephens Corporation | 0.00 | 24,058.13 | 0.00 | 0.00 | 0.00 | 24,058.13 |
| Kelly Pipe Co., LLC | 0.00 | 0.00 | 1,180.20 | 26.36 | 0.00 | 1,206.56 |
| Kingway Pipe Co., Ltd. | 98,768.94 | 0.00 | 63,113.35 | 38,416.23 | 69,703.58 | 270,002.10 |
| Kingzz Corporation | 1,605.65 | 479.17 | 299.00 | 1,705.13 | 0.00 | 4,088.95 |
| L.H. Dottie Company | 0.00 | 2,308.37 | 916.90 | 854.54 | 0.00 | 4,079.81 |
| Lasco Fittings, Inc. | 2,898.15 | 2,198.11 | 0.00 | 0.00 | 0.00 | 5,096.26 |

3:10 PM
02/07/15

# JBJ Pipe & Supply Co., Inc.
# A/P Aging Summary
### As of February 7, 2015

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Lavelle Industries, Inc. | 0.00 | 411.60 | 0.00 | 0.00 | 0.00 | 411.60 |
| LSP Products Group | 6,123.80 | 510.40 | 0.00 | 0.00 | 0.00 | 6,634.20 |
| Mansfield Plumbing Products, LLC | 7,920.45 | 0.00 | 0.00 | 0.00 | 0.00 | 7,920.45 |
| Matco Norca | 479.00 | 0.00 | 0.00 | 0.00 | -347.31 | 131.69 |
| MCC Usa Inc. | 796.20 | 0.00 | 0.00 | 0.00 | 0.00 | 796.20 |
| Mega Western Sales | 921.21 | 45.10 | 116.28 | 0.00 | 0.00 | 1,082.59 |
| METAL PRODUCTS COMPANY | 0.00 | 94.90 | 562.20 | 521.25 | 0.00 | 1,178.35 |
| MIFAB INC. | 1,802.68 | -27.70 | 0.00 | -83.10 | 1,988.00 | 3,679.88 |
| Mills Bradley Corporation | 1,166.20 | 0.00 | 1,055.20 | -144.10 | -1,353.59 | 723.71 |
| Mission Rubber Company | 2,556.52 | 0.00 | 0.00 | 0.00 | 0.00 | 2,556.52 |
| NDS Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NewellRubbermaid | 0.00 | 214.00 | 965.92 | 2,022.20 | 0.00 | 3,202.12 |
| Oatey Supply Chain Services | 0.00 | 0.00 | 0.00 | 0.00 | -13.44 | -13.44 |
| Pasco Specialty & Mfg., Inc. | 126.00 | 507.50 | 149.18 | 368.71 | 0.00 | 1,151.39 |
| Plastic Services And Products LLC | 0.00 | 32,703.66 | 0.00 | 0.00 | 0.00 | 32,703.66 |
| Pulse Showerspas | 292.04 | 0.00 | 0.00 | 0.00 | 0.00 | 292.04 |
| Quill Corporation | 294.20 | 0.00 | 0.00 | 0.00 | 0.00 | 294.20 |
| Red-White Valve Corp. | 6,527.02 | 2,818.30 | 2,978.64 | -750.20 | 0.00 | 11,573.76 |
| Rostra Tool Co | 0.00 | 758.00 | 0.00 | 0.00 | 0.00 | 758.00 |
| Seachrome | 2,807.80 | 2,564.85 | 0.00 | 0.00 | 0.00 | 5,372.65 |
| Sigma Corporation | 2,532.90 | 2,753.84 | 0.00 | 42.16 | 1,400.84 | 6,729.74 |
| Silverwind Products Co | 3,790.43 | 1,438.13 | -78.32 | 0.00 | 0.00 | 5,150.24 |
| Sloan Valve Company | 7,292.60 | 249.88 | 4,084.56 | 590.66 | -743.89 | 11,473.81 |
| Smith Cooper International, Inc. | 182.74 | 0.00 | 0.00 | 0.00 | 0.00 | 182.74 |
| STEAMIST INC | 270.00 | 0.00 | 0.00 | 992.25 | 0.00 | 1,262.25 |
| Super Products Inc. | 0.00 | 0.00 | 0.00 | 487.50 | 3,352.60 | 3,840.10 |
| T Christy Enterprises Inc | 0.00 | 168.94 | 280.87 | 0.00 | 0.00 | 449.81 |
| Taco, Inc. | 257.90 | 0.00 | 0.00 | 0.00 | 0.00 | 257.90 |
| The Great Pacific Elbow Co. | 0.00 | 1,099.60 | 535.12 | 934.96 | 0.00 | 2,569.68 |
| Thunderbird Products Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 1,980.00 | 1,980.00 |
| Z-Flex (US) Inc | 0.00 | 0.00 | 0.00 | 0.00 | -46.40 | -46.40 |
| Z Interior Inc | 0.00 | 0.00 | 0.00 | 0.00 | 4,057.51 | 4,057.51 |
| Zoller Company | 158.74 | 592.88 | 0.00 | 78.41 | -254.86 | 575.17 |
| Zurn Industries, LLC | 6,130.82 | 12,715.16 | 0.00 | 0.00 | 0.00 | 18,845.98 |
| | 360,298.38 | 112,120.52 | 112,359.13 | 46,212.31 | 94,925.75 | 725,916.09 |

# Exhibit "F"

9:21 AM
02/10/15

# JBJ Pipe & Supply Co., Inc.
# A/R Aging Summary
### As of February 10, 2015

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| A.P.I. PLUMBING CONTRACTOR INC. | 0.00 | 5,514.95 | 0.00 | 0.00 | 0.00 | 5,514.95 |
| ABC Restaurant | 0.00 | 0.00 | 0.00 | 0.00 | 362.90 | 362.90 |
| Action Sales_1 | 501.60 | 0.00 | 0.00 | 0.00 | 252.00 | 753.60 |
| ALL PHASE, ALL PHASE | 0.00 | 0.00 | 0.00 | 0.00 | 57.89 | 57.89 |
| ALLSTRONG RESTAURANT EQUIPMENT | 0.00 | 1,258.56 | 760.50 | 0.00 | 0.00 | 2,019.06 |
| AMERICAN COOLING TOWER, AMERICA | 38.28 | 0.00 | 0.00 | 171.56 | 22.63 | 232.47 |
| Andrew Nava | 0.00 | 0.00 | 0.00 | 0.00 | 416.52 | 416.52 |
| Andy Megrikyau | 0.00 | 0.00 | 0.00 | 0.00 | 298.07 | 298.07 |
| bao quach | 0.00 | 348.70 | 0.00 | 0.00 | 0.00 | 348.70 |
| BILL LY | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.05 |
| Boi | 0.00 | 1,172.26 | -1,277.17 | 0.00 | 0.00 | -104.91 |
| Brico Plumbing | 0.00 | 0.00 | 0.00 | 0.00 | 1,571.92 | 1,571.92 |
| Cal Air Tech | 0.00 | 0.00 | 0.00 | 0.00 | 539.08 | 539.08 |
| California Plumbing Solution In | 1,659.17 | 546.32 | 2,115.37 | 666.46 | 0.00 | 4,987.32 |
| Chan, Michael | 491.69 | 335.86 | 0.00 | 0.00 | 0.00 | 827.55 |
| Chau, Sau | 1,645.63 | 996.76 | 0.00 | 0.00 | 0.00 | 2,642.39 |
| China Pacific | 331.88 | 143.63 | 0.00 | 0.00 | 108.62 | 584.13 |
| China Pacific (Tax Exempt) | 169.76 | 430.44 | 10.71 | 0.00 | 0.00 | 610.91 |
| City of Rosemead | 416.45 | 388.81 | 0.00 | 31.61 | 0.00 | 836.87 |
| CK FOUNDATION ONE, INC. | 0.00 | 0.00 | 0.00 | 0.00 | -169.62 | -169.62 |
| CM PLUMBING | 0.00 | 0.00 | 0.00 | 0.00 | 814.81 | 814.81 |
| CO Plumbing Company | 2,150.42 | 0.00 | 0.00 | 0.00 | 0.00 | 2,150.42 |
| CONTAINER SUPPLY, CONTAINER SUP | 29.40 | 0.00 | 0.00 | 0.00 | 0.00 | 29.40 |
| D & W INSTALLATION | 844.90 | 2,498.79 | 1,324.73 | 0.00 | 0.00 | 4,668.42 |
| Delta Improvement | 0.00 | 0.00 | 0.00 | 0.00 | 558.76 | 558.76 |
| DESIGN EXPRESS, DESIGN EXPRESS | 61.23 | 0.00 | 18.58 | 0.00 | 0.00 | 79.81 |
| Dong Hing Construction Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 1,759.54 | 1,759.54 |
| Dong, An | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Eagle, Phillip | 6,856.37 | 2,171.48 | 0.00 | 0.00 | 0.00 | 9,027.85 |
| Eastern Construction, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 3,151.68 | 3,151.68 |
| ECO PLUMBING, ECO PLUMBING | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fei Guo Zhang | 0.00 | 810.80 | 196.67 | 154.72 | 0.00 | 1,162.19 |
| Gary Ma | 0.00 | 0.00 | 0.00 | 0.00 | 95.31 | 95.31 |
| Global Construction Inc. | 323.19 | 212.35 | 0.00 | 0.00 | 0.00 | 535.54 |
| GOLDENLITE WHOLESALES & IMPORT | 0.00 | 0.00 | 0.00 | 0.00 | -25.00 | -25.00 |
| GREAT HOME INC | 0.00 | 32.31 | 0.00 | 0.00 | 0.00 | 32.31 |
| han zhang | 0.00 | 0.00 | 0.00 | -562.31 | 3,241.03 | 2,678.72 |
| HD General Construction Corp | 0.00 | 58.69 | 0.00 | 0.00 | 0.00 | 58.69 |
| Home Repair (Huynh, Sinh Phuoc) | 1,918.94 | 590.28 | 0.00 | 0.00 | 0.00 | 2,509.22 |
| hong luong | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| Hua, David | 1,663.10 | 873.53 | 0.00 | 0.00 | 0.00 | 2,536.63 |
| Hung Nguyen | 2,620.09 | 553.35 | 999.68 | 0.00 | -55.71 | 4,117.41 |

9:21 AM
02/10/15

# JBJ Pipe & Supply Co., Inc.
## A/R Aging Summary
### As of February 10, 2015

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Hyl Contruction Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -54.14 | -54.14 |
| Ignagio Guzman | 264.44 | 0.00 | 0.00 | 0.00 | 0.00 | 264.44 |
| J&J ROOTER | 0.00 | 586.95 | 385.94 | 0.00 | 0.00 | 972.89 |
| Jason Sekine | 0.00 | 2,463.42 | -87.11 | 0.00 | 0.00 | 2,376.31 |
| JJ Herman Bautista | 0.00 | 69.02 | 0.00 | 0.00 | 0.00 | 69.02 |
| JOHN PHAN | 0.00 | 0.00 | 0.00 | 0.00 | 4,482.14 | 4,482.14 |
| JPL Compressor Service | 422.59 | 732.66 | 0.00 | 0.00 | 82.23 | 1,237.48 |
| JV CONSTRUCTION | | | | | | |
| NORTON AVE, LA | 3,280.52 | 2,677.40 | 8,104.55 | -202.86 | 0.00 | 13,859.61 |
| JV CONSTRUCTION - Other | 1,488.24 | 27,067.19 | 6,905.91 | 2,148.54 | 5.91 | 37,615.79 |
| Total JV CONSTRUCTION | 4,768.76 | 29,744.59 | 15,010.46 | 1,945.68 | 5.91 | 51,475.40 |
| | | | | | | |
| Kaster Sewer & Plumbing / Camacho, Julian | 156.91 | 0.00 | 0.00 | 0.00 | 0.00 | 156.91 |
| KCC Construction | 0.00 | 0.00 | 0.00 | 0.00 | 370.46 | 370.46 |
| KEN YU | 0.00 | 1,448.62 | 0.00 | 0.00 | 0.00 | 1,448.62 |
| Kenny Lee | 0.00 | 4,945.80 | 0.00 | 0.00 | 0.00 | 4,945.80 |
| kevin kevin | 0.00 | 713.84 | 0.00 | 182.71 | -1,202.27 | -305.72 |
| KEVIN KOH CONSTRUCTION, KEVIN K | 1,678.66 | 35.04 | 186.42 | 0.00 | 0.00 | 1,900.12 |
| Kevin Nguyen | 0.00 | 0.00 | 0.00 | 0.00 | 616.92 | 616.92 |
| Khanh Construction | 0.00 | 0.00 | 1,161.81 | 0.00 | 0.00 | 1,161.81 |
| Kim Wong | | | | | | |
| 1035 FIGUEROA TERRACE,LA | 0.00 | 0.00 | 0.00 | 238.44 | 2,769.15 | 3,007.59 |
| 1223 LARRABEE ST., WEST HOLLYWOOD (#1) | 94.00 | 504.12 | 733.56 | 26.37 | 0.00 | 1,358.05 |
| 880 COLUMBIA ST, BREA | 0.00 | 0.00 | 0.00 | 0.00 | 878.08 | 878.08 |
| ALHAMBRA PACIFIC 300 W MAIN ST (#3) | 0.00 | 2,833.78 | 0.00 | 0.00 | 0.00 | 2,833.78 |
| Kim Wong - Other | 3,475.81 | 7,935.36 | 7,845.54 | 6,741.14 | 12,538.26 | 38,536.11 |
| Total Kim Wong | 3,569.81 | 11,273.26 | 8,579.10 | 7,005.95 | 16,185.49 | 46,613.61 |
| | | | | | | |
| Lac La_1 | 0.00 | 471.16 | 545.29 | 0.00 | 0.00 | 1,016.45 |
| Lams Cooling Inc | 235.78 | 1,887.06 | 0.00 | 0.00 | 0.00 | 2,122.84 |
| Lee | 4,162.94 | 43.29 | 734.80 | 0.00 | 0.00 | 4,941.03 |
| LEE SANDWICH, LEE SANDWICH | 303.82 | 0.00 | 0.00 | 0.00 | 0.00 | 303.82 |
| Leung, Howk | 208.01 | 1,197.70 | 0.00 | 0.00 | 0.00 | 1,405.71 |
| Lin's Air Condition Inc. | 0.00 | -62.59 | 0.00 | 0.00 | 0.00 | -62.59 |
| LJ Construction | | | | | | |
| BEVERY BLVD | 0.00 | 0.00 | 0.00 | 0.00 | 9,550.19 | 9,550.19 |
| LJ Construction - Other | 0.00 | 0.00 | 0.00 | 0.00 | 54.29 | 54.29 |
| Total LJ Construction | 0.00 | 0.00 | 0.00 | 0.00 | 9,604.48 | 9,604.48 |
| | | | | | | |
| LR PLUMBING, LR PLUMBING | 0.00 | 66.49 | 0.00 | 0.00 | 0.00 | 66.49 |
| Lu, Charlie | 5,289.34 | 4,400.26 | 5,974.68 | 8,999.38 | 11,224.64 | 35,888.30 |
| Luquin Plumbing | 604.97 | -13.88 | 0.00 | 0.00 | -14.09 | 577.00 |

9:21 AM
02/10/15

# JBJ Pipe & Supply Co., Inc.
## A/R Aging Summary
### As of February 10, 2015

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Luu, Chan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miguel Aguilar | 0.00 | 0.00 | 0.00 | 0.00 | 378.26 | 378.26 |
| Milestone | 0.00 | 709.37 | 373.13 | 0.00 | 0.00 | 1,082.50 |
| Minen Construction | 0.00 | 250.66 | 0.00 | 0.00 | 0.00 | 250.66 |
| MK BUILDER | 0.00 | 66.70 | 190.27 | 109.52 | 0.00 | 366.49 |
| Moh, Chung Kung | 86.73 | 1,386.51 | 1,714.03 | 0.00 | 0.00 | 3,187.27 |
| Mr. ALEX QC THINH | 24.30 | 7,426.34 | 5,380.35 | -529.70 | 73.46 | 12,374.75 |
| Mr. an an | 0.00 | 0.00 | 0.00 | 0.00 | 2,354.91 | 2,354.91 |
| Mr. Brian Chan | 0.00 | 85.24 | 0.00 | 0.00 | 0.00 | 85.24 |
| Mr. Cong Quang Pham | 0.00 | 4,920.22 | -122.39 | 43.62 | 0.00 | 4,841.45 |
| Mr. Eric vuong | 0.00 | 0.00 | 0.00 | 626.74 | 49.32 | 676.06 |
| Mr. fan jerry fan jerry | 0.00 | 0.00 | 0.00 | 0.00 | -146.18 | -146.18 |
| Mr. HINH LAI HUYNH | 0.00 | 483.41 | 249.32 | 0.00 | 0.00 | 732.73 |
| Mr. jacob poon | 34.35 | 0.00 | 0.00 | 0.00 | 0.00 | 34.35 |
| Mr. James Hy | 0.00 | 261.77 | 0.00 | 0.00 | 269.80 | 531.57 |
| Mr. Joseph Khalaf | 0.00 | 0.00 | 0.00 | 0.00 | 63.00 | 63.00 |
| Mr. Josepl Ramirez | 0.00 | 0.00 | 0.00 | 0.00 | -92.45 | -92.45 |
| Mr. kevin do | 0.00 | 517.67 | 294.93 | 0.00 | 0.00 | 812.60 |
| Mr. kevin nguyen | 0.00 | 0.00 | 0.00 | 0.00 | 1,087.13 | 1,087.13 |
| Mr. Kong Wu | 0.00 | 438.21 | 238.81 | 0.00 | 0.00 | 677.02 |
| Mr. KYLE LUU | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mr. LAM NGO | 100.93 | 4,583.25 | 3,024.15 | 6,298.82 | -90.80 | 13,916.35 |
| Mr. Larry Nava | 0.00 | 0.00 | 0.00 | 0.00 | 553.30 | 553.30 |
| Mr. Larry Nava_2 | 0.00 | 0.00 | 0.00 | 0.00 | -281.34 | -281.34 |
| Mr. LLL LLL | 0.00 | 84.42 | 0.00 | 0.00 | 0.00 | 84.42 |
| Mr. Lobo Lin | 0.00 | 0.00 | 0.00 | 0.00 | 0.56 | 0.56 |
| Mr. maryvale maryvale | 0.00 | 0.00 | 18.30 | 0.00 | 0.00 | 18.30 |
| Mr. Michael Bang | 9.01 | 851.11 | 7.54 | -127.61 | 0.00 | 740.05 |
| Mr. nong's construction nong's | 0.00 | 3,290.61 | 8.58 | 0.00 | 0.00 | 3,299.19 |
| Mr. stanley huang | 0.00 | 0.00 | 0.00 | 0.00 | 707.58 | 707.58 |
| Mr. tai tai | 0.00 | 239.51 | 0.00 | 0.00 | 0.00 | 239.51 |
| Mr. tien vu | 0.00 | 1,498.56 | 0.00 | 0.00 | 0.00 | 1,498.56 |
| Mr. Tony ha_1 | 0.00 | 339.76 | 56.90 | 0.00 | 0.00 | 396.66 |
| Mr. TUAN LY HAO TUAN LY HAO | 0.00 | 0.00 | 0.00 | 0.00 | 5,407.87 | 5,407.87 |
| Mr. wee y gin | 0.00 | 993.06 | 0.00 | 73.97 | 0.00 | 1,067.03 |
| Mr. Yeuk Yee | 0.00 | 709.88 | 0.00 | 0.00 | 0.00 | 709.88 |
| Mr. YGB CONSTRUCTION YGB CONSTR | 439.90 | 912.27 | 0.00 | 0.00 | 0.00 | 1,352.17 |
| NGUYEN, DAT | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.02 |
| Nguyen, Tom | 2,114.07 | 2,875.55 | 5,506.72 | 4,440.08 | -11.00 | 14,925.42 |
| NL CONSTRUCTION, NL CONSTRUCTIO | 0.00 | 0.00 | 124.94 | 0.00 | 169.97 | 294.91 |
| Paciar | 0.00 | 903.78 | 0.00 | 0.00 | 0.00 | 903.78 |
| Palace Construction, Inc. | | | | | | |

9:21 AM
02/10/15

# JBJ Pipe & Supply Co., Inc.
## A/R Aging Summary
### As of February 10, 2015

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **6 UNIT - 8641 GARDEN GROVE** | 0.00 | 0.00 | 0.00 | 0.00 | 6,106.23 | 6,106.23 |
| **7862 GRAVES AVE., ROSEMEAD** | 0.00 | 0.00 | 17.33 | 1,354.75 | 2,064.48 | 3,436.56 |
| **8832 Glendon Way., Rosemead** | 0.00 | 0.00 | 0.00 | 0.00 | 76.49 | 76.49 |
| **Palace Construction, Inc. - Other** | 0.00 | 0.00 | 0.00 | 0.00 | 1,594.25 | 1,594.25 |
| **Total Palace Construction, Inc.** | 0.00 | 0.00 | 17.33 | 1,354.75 | 9,841.45 | 11,213.53 |
| | | | | | | |
| **Pham, Hoang** | 432.15 | 0.00 | 13.66 | 0.00 | 0.00 | 445.81 |
| **Phung, Paul** | 4,153.98 | 3,239.25 | 3,208.84 | -124.96 | -41.45 | 10,435.66 |
| **Phung, Phong** | 876.19 | 1,769.17 | 1,792.58 | 25.78 | 0.00 | 4,463.72 |
| **Phung, Thai** | 6,685.79 | -6.90 | 0.00 | 0.00 | 0.00 | 6,678.89 |
| **Rafael Sr.** | 2,434.72 | 3,363.45 | 491.38 | 0.00 | 0.00 | 6,289.55 |
| **RANDIN PLUMBING** | 0.00 | 0.00 | 0.00 | 0.00 | 2,341.02 | 2,341.02 |
| **Richard Plumbing / Wong, Richard** | 1,141.24 | 856.81 | 29.09 | 28.63 | 0.00 | 2,055.77 |
| **Rui Hua** | 0.00 | 0.00 | 0.00 | 0.00 | 925.13 | 925.13 |
| **S.O.S PLUMBING, S.O.S PLUMBING** | 50.25 | 0.00 | 0.00 | 0.00 | 0.00 | 50.25 |
| **SAM CONSTRUCTION, SAM** | 1,701.69 | 3,575.91 | 2,335.36 | 2,017.86 | 0.00 | 9,630.82 |
| **SAM PHAM, SAM PHAM** | 659.13 | -75.07 | 0.00 | 0.00 | 0.00 | 584.06 |
| **SAM PLUMBING** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **San Yan Pai** | 0.00 | 0.00 | 0.00 | 0.00 | 156.96 | 156.96 |
| **Simon** | 0.00 | 0.00 | 0.00 | 0.00 | -56.87 | -56.87 |
| **Soildway, Tom** | 4,289.49 | 364.73 | 0.00 | 0.00 | 0.00 | 4,654.22 |
| **Sonny Pham** | 0.00 | 0.00 | 0.00 | 0.00 | 118.91 | 118.91 |
| **Spirit General Construction Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 80.72 | 80.72 |
| **T.R.R.** | 1,805.89 | 0.00 | 58.76 | 0.00 | 0.00 | 1,864.65 |
| **Tang** | 119.39 | 0.00 | 0.00 | 0.00 | 0.00 | 119.39 |
| **TAY HO, TAY HO** | 427.01 | 0.00 | 0.00 | 0.00 | 51.02 | 478.03 |
| **TEE NEIGHBORS, TEE NEIGHBORS** | 13.95 | 95.70 | 0.00 | 0.00 | 0.00 | 109.65 |
| **THN Enterprises Inc.** | 1,766.10 | 0.00 | 0.00 | 0.00 | 0.00 | 1,766.10 |
| **Tiseca, Miguel** | 0.00 | 0.00 | 0.00 | 0.00 | 2,876.94 | 2,876.94 |
| **Ton, Phat** | 0.00 | 165.30 | 0.00 | 0.00 | 0.00 | 165.30 |
| **Tran, Co Vi** | 0.00 | 61.17 | 0.00 | 0.00 | 0.00 | 61.17 |
| **Tran, David** | 21.47 | 29.35 | 0.00 | 0.00 | 0.00 | 50.82 |
| **TU NGUYEN, TU NGUYEN** | 0.00 | 0.00 | 89.19 | 0.00 | 0.00 | 89.19 |
| **TWIN CONSTRUCTION, TWIN CONSTRU** | 343.44 | 0.00 | 0.00 | 0.00 | 50.62 | 394.06 |
| **Van, Steven / Datkam Construction** | 1,777.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1,777.75 |
| **VI-KING CONSTRUCTION, VI-KING C** | 0.00 | 0.00 | 0.00 | 0.00 | -91.01 | -91.01 |
| **Vincent Wong_2** | 11,358.27 | 2,141.89 | 3,200.45 | 0.00 | 0.00 | 16,700.61 |
| **VU, TONY (MASTER CONTRUCTION)** | 32.27 | 0.00 | 0.00 | 0.00 | 0.00 | 32.27 |
| **VUNG T VO, VUNG T VO** | 258.82 | 0.00 | 0.00 | 0.00 | 0.00 | 258.82 |
| **Wai Tak Construction** | 1,180.62 | 365.15 | -70.78 | 0.00 | 0.00 | 1,474.99 |
| **Walk-In (Cash Sales)** | 0.00 | -17.26 | 0.00 | 0.00 | 17.26 | 0.00 |
| **Water Systems & Supplies** | 0.00 | 0.00 | 0.00 | 0.00 | 1.05 | 1.05 |

9:21 AM
02/10/15

# JBJ Pipe & Supply Co., Inc.
## A/R Aging Summary
### As of February 10, 2015

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| WESTAR RESTAURANT | 0.00 | 1,148.56 | 0.00 | 0.00 | 0.00 | 1,148.56 |
| Yuan, Wei An | 3,626.24 | 1,786.21 | 4,106.02 | 2,575.05 | 792.98 | 12,886.50 |
| Zeng, Frank | 0.00 | 0.00 | 0.00 | 0.00 | 508.03 | 508.03 |
| TOTAL | 91,353.27 | 131,631.84 | 68,977.92 | 35,408.31 | 82,368.43 | 409,739.77 |

# Exhibit "G"



# American Plus Bank N.A.

630 W. Duarte Road. Arcadia, California 91007

035 01 00 00004

MAIN OFFICE
630 W DUARTE ROAD
ARCADIA CA 91007

PHONE:626-821-9188

JOHN HUA
CHRIS TRUONG HUA
3514 HAWKWOOD ROAD
DIAMOND BAR CA  91765

LINE:       2522

AS OF: 12/16/14

PAGE  2

### LOAN BILLING STATEMENT

========================================================================
### REMITTANCE SUMMARY
========================================================================

| LOAN NUMBER | PRINCIPAL BALANCE | PRINCIPAL DUE | INTEREST DUE | TOTAL DUE |
|---|---|---|---|---|
| ███0326███ | 607,203.35 | 1,457.07 | 3,006.99 | 4,464.06 |
| TOTAL | 607,203.35 | 1,457.07 | 3,006.99 | 4,464.06 |

```
                                        ************************
        TOTAL AMOUNT DUE BY 12/31/14:   *        4,464.06     *
                                        ************************
```

* * PLEASE RETURN THIS PORTION WITH YOUR PAYMENT * *

L O A N   B I L L I N G   S T A T E M E N T

TOTAL AMOUNT DUE:              4,464.06
ADDITIONAL PRINCIPAL: _____
ADDITIONAL PAYMENT:   _____

JOHN HUA
CHRIS TRUONG HUA
3514 HAWKWOOD ROAD
DIAMOND BAR CA  91765

AMOUNT ENCLOSED:    $_____

DATE PAYMENT DUE:              12/31/14
COMMERCIAL RE TERM LOAN
LOAN NUMBER:            ███0326███
REGULAR PAYMENT T/C:           375

LOAN ADMINISTRATION
630 W DUARTE ROAD
ARCADIA CA 91007



Tel: (626) 821-9188  Fax: (626) 566-2711    Website: www.bankaplus.com

43