PETER C. ANDERSON
United States Trustee
Frank Cadigan (Bar No. 95666)
Assistant United States Trustee
Ronald Reagan Federal Building & U.S. Courthouse
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Frank.Cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In re: | CASE NUMBER: 8:15-bk-10652-ES |
|---|---|
| **JBJ Pipe & Supply Co., Inc.** | CHAPTER 11 |
| Debtor. | APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |

**TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S ATTORNEY AND PARTIES IN INTEREST:**

Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following three (3) members to serve on a Committee of Creditors holding unsecured claims.

**SEE EXHIBIT "A" ATTACHED**

Dated: March 3, 2015                    Respectfully submitted,

PETER C. ANDERSON
UNITED STATES TRUSTEE

By:    */s/ Frank Cadigan*
Frank Cadigan
Assistant United States Trustee

IN RE: **JBJ Pipe & Supply Co., Inc.**

Case No.: 8:15-bk-10652-ES

Howell Metal Company
Attn: Karen Roth
8085 Tournament Dr., #150
Memphis, TN  38125
Tel: (901) 759-7409
Fax: (901) 759-7421

Jixing (USA) Inc.
c/o Miriam L. Wu, Esq.
1055 E. Colorado Blvd., #500
Pasadena, CA  91106
Tel: (626) 204-4088
Fax: (626) 270-4068

IPS Corporation
Attn: Robert McDonah
455 W. Victoria St.
Compton, CA  90220
Tel: (310) 898-3337
Fax: (310) 898-3386

EXHIBIT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 3801 University Ave., #720, Riverside, CA  92501

A true and correct copy of the foregoing document entitled (*specify*): **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 3, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Christopher D Crowell    ccrowell@frandzel.com, efiling@frandzel.com,sking@frandzel.com
- Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
- Steven R Fox    emails@foxlaw.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jason J L Yang    jason@kennerlawgroup.com, stacy@kennerlawgroup.com

**2.  SERVED BY UNITED STATES MAIL**:  On **March 3, 2015,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JBJ Pipe & Supply Co., Inc.,** 3317 San Gabriel Blvd, Rosemead, CA 91770

**SEE ATTACHED EXHIBIT A**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 3, 2015 ,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS:**
Honorable Erithe Smith–U.S. Bankruptcy Court, 411 W. Fourth St., #5040, Santa Ana, CA  92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/3/15 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**